PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Antonio Tarez Pope</u>　　　Case Number: <u>3:11-00091-01</u>

Name of Judicial Officer: <u>The Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>October 5, 2011</u>

Original Offense: <u>Counts 1-3: 21 U.S.C. § 841(a)(1), Distribution and Possession With Intent to Distribute Cocaine</u>

Original Sentence: <u>Time served followed by 3years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>　　　Date Supervision Commenced: <u>October 5, 2011</u>

Assistant U.S. Attorney: <u>Philip H. Wehby</u>　　　Defense Attorney: <u>Lawrence James Arnkoff</u>

---

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ___5___ day of ___Oct___,
2014, and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place　　<u>Columbia, Tennessee</u>

Date　　<u>October 2, 2014</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>   <u>Nature of Noncompliance</u>

<u>1.</u>   **<u>Shall not commit another federal, state, or local crime:</u>**

On August 13, 2014, in Maury County, Tennessee, Mr. Pope was arrested for Violation of an Order of Protection by the Columbia Police Department, Columbia, Tennessee. According to the Affidavit, on August 13, 2014, Mr. Pope was found to be a passenger in a vehicle that was stopped for a traffic violation. The driver was Traci Snedegar. A driver's license check revealed that Mr. Pope was not to have any contact with Ms. Snedegar. Mr. Pope has a court date scheduled for October 8, 2014.

This officer spoke with Mr. Pope on September 10, 2014, and he advised that he was walking to the store when Ms. Snedegar drove by and stopped to pick him up. At first Mr. Pope told Ms. Snedegar that he could not be around her, but then decided to get in. Mr. Pope was reprimanded and re-instructed not to have any contact with Ms. Snedegar.

### <u>Compliance with Supervision Conditions and Prior Interventions</u>:

Antonio Tarez Pope is a resident of Maury County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since October 5, 2011. His supervised release is set to expire on October 4, 2014. Mr. Pope is currently employed harvesting tobacco. He lives with his sister in Columbia, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

A 12C petition was submitted on March 26, 2013, notifying Your Honor of Mr. Pope's arrest for Domestic Simple Assault and Preventing Use of 911. A warrant was issued, and at a Revocation Hearing on June 17, 2013, Your Honor found Mr. Pope had violated his term of supervised release by committing the domestic assault, but made no finding on the preventing the 911 call. Your Honor modified the conditions of Mr. Pope's supervised release to include three months home detention with electronic monitoring; participation in a domestic violence counseling program; and to avoid all contact with Traci Snedegar while on supervised release, with the exception of telephone calls to set up visitation with his children. Mr. Pope was placed on electronic monitoring on June 25, 2013, and completed it successfully on September 25, 2013. Mr. Pope completed domestic counseling classes on June 4, 2014.

A 12C petition was submitted on November 26, 2013, notifying Your Honor of Mr. Pope's arrest for Violation of an Order of Protection. On that same date, Your Honor signed said petition ordering no action allowing the state court to address the issue.

## U.S. Probation Officer Recommendation:

The probation officer respectfully recommends the offender be continued on supervised release and that this be handled in Maury County General Sessions Court. The state court will likely impose an appropriate sentence should Mr. Pope be adjudicated guilty of the charge.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Jim Perdue
Deputy Chief U.S. Probation Officer